**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**COLLEEN MACORT and**
**ACCESS NOW, INC.,**

    **Plaintiffs,**

v.                                         Case No.  8:03-cv-1882-T-30EAJ

**MANATEE OBSTETRICS AND**
**GYNECOLOGY, P.A.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE came before the Court on the Plaintiffs' Motion for Approval of Settlement (Dkt. # 50).  The Court, having reviewed the motion and the records of Plaintiffs' attorney and expert, hereby APPROVES Plaintiffs' request for attorney's fees, expert fees and costs in the amount of $1,000.00.

It is therefore ORDERED AND ADJUDGED that:

1. The Plaintiffs' Motion for Approval of Settlement (Dkt. # 50) is GRANTED.
2. This Court approves payment by Defendant to Plaintiffs of fees and costs in the amount of **$1,000.00**.
3. The Clerk is directed to close this file and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on June 30, 2005.

                                          JAMES S. MOODY, JR.
                                          UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2003\03-cv-1882.ada settlement atty fees.wpd